IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. No. 18-10106 -STA |
| WALTER GRIFFIN, | * | |
| Defendant. | * | |

**ORDER AND NOTICE OF SETTING**

Upon Motion of the Defendant to Remove from Trial Docket and to set for Report/Change of Plea, for good cause shown and there being no opposition by the government, the Motion is hereby **GRANTED**.

This matter shall be removed from the trial docket of April 1, 2019 and shall be set for report/change of plea on **April 1, 2019 at 9:30 a.m.**

It is so **ORDERED**, this the 25th day of March, 2019.

<u>s/S. Thomas Anderson</u>
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE