IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10106-STA |
| WALTER GRIFFIN, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on May 3, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Walter Griffin, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 13, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 3rd day of May, 2019.

                                                  s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT