IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. No. 18-10106 -STA |
| WALTER GRIFFIN, | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant to Continue Sentencing, for good cause shown and there being no opposition by the government, the Motion is hereby **GRANTED IN PART.**

The sentencing shall be and hereby is continued. The sentencing shall be set for the 23rd day of August, 2019 at 10:00 a.m.

It is so **ORDERED**, this the 12th day of August, 2019.

**s/S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE