IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 18-10106 -STA |
| WALTER GRIFFIN, | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant to Continue Sentencing, for good cause shown and there being no opposition by the government, the Motion is hereby **GRANTED**.

The sentencing shall be and hereby is continued. The sentencing shall be re-set to the 8th day of October, 2019 at 9:00 a.m.

It is so **ORDERED**, this the 20th day of August, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE